THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* CHARLES SANFORD, Petitioner-Appellant.

(No. 59681; )

First District (5th Division)—January 24, 1975.

PER CURIAM.

Paul Bradley and Steven Clark, both of State Appellate Defender's Office, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Donald M. Devlin, Assistant State's Attorneys, of counsel), for the People.